## BELL *v.* THE STATE.

ATKINSON, J. 1. There was no error in the charge, nor in any ruling at the trial, sufficient to require the grant of a new trial.
2. The evidence was sufficient to support the verdict.

*Judgment affirmed. All the Justices concur.*
NOVEMBER 12, 1913.

Indictment for murder. Before Judge Frank Park. Decatur superior court. August 28, 1913.

*M. E. O'Neal,* for plaintiff in error.

*T. S. Felder, attorney-general, R. C. Bell, solicitor-general,* and *Little, Powell, Hooper & Goldstein,* contra.